

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CHUL SOO LIM ) <br> ) <br> Defendant. ) <br> _____) | USDC Cr. Cs. No. 03-00027-001 <br><br> **REQUEST TO TERMINATE TERM OF SUPERVISED RELEASE** |

On July 23, 2003, Chul Soo Lim was sentenced in the District Court of Guam to time served followed by a supervised release term of two years for the offense, False Use of a Passport, in violation of 18 U.S.C. § 1543. On July 23, 2003, Mr. Lim was released from the custody of the Federal Bureau of Prisons to the custody of the Department of Homeland Security's Bureau of Immigration and Customs Enforcement pursuant to a detainer.

On April 8, 2004, Mr. Lim was deported to the People's Republic of China by the Bureau of Immigration and Customs Enforcement, and has remained outside the United States since. Mr. Lim's term of supervised release expired on July 22, 2005. Therefore, it is recommended that he be discharged from supervised release and the proceedings in this case be terminated.

For: *Judy Anne I. Ocampo*

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

**ORIGINAL**