

FILED
DISTRICT COURT OF GUAM

AUG 12 2005

MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHUL SOO LIM<br><br>　　　　Defendant. | USDC Cr. Cs. No. 03-00027-001<br><br>**ORDER** |

　　IT IS SO ORDERED this 12th day of August 2005, that Chul Soo Lim be discharged from supervised release and that the proceeding in the case be terminated.

8/12/2005
Date

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge



RECEIVED
AUG 12 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL